S. LANE TUCKER
United States Attorney

AMY E. MILLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: amy.miller@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 3:24-cr-00045-SLG-KFR |
|---|---|
| Plaintiff, | COUNT 1<br>POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE<br>   Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(A), (b)(1)(B) |
| vs. | |
| DAVID SONEOULAY, | |
| Defendant. | |
| | COUNT 2<br>POSSESSION OF A FIREARM IN FURTHERANCE OF DRUG TRAFFICKING CRIME<br>    Vio. of 18 U.S.C. § 924(c)(1)(A)(i) |
| | COUNT 3<br>FELON IN POSSESSION OF A FIREARM<br>  Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |
| | CRIMINAL FORFEITURE ALLEGATION 1:<br>   Vio of. 21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a) |

| | CRIMINAL FORFEITURE ALLEGATION 2: Vio of. 18 U.S.C. § 924(d), 21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(a) |
|---|---|

**INDICTMENT**

The Grand Jury charges that:

### COUNT 1

On or about February 29, 2024, within the District of Alaska, the defendant, DAVID SONEOULAY, did knowingly and intentionally possess with intent to distribute 50 grams or more of pure methamphetamine and 40 grams or more of N-phenyl-N-[1-(2-phenylethyl )-4-piperidinyl] propenamide (fentanyl).

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A), (b)(1)(B).

### COUNT 2

On or about February 29, 2024, within the District of Alaska, the defendant, DAVID SONEOULAY, knowingly possessed a firearm in furtherance of the drug trafficking crime charged in Count 1, to wit: a 9mm Sig Sauer pistol, Model: P365.

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

### COUNT 3

On or about February 29, 2024, within the District of Alaska, the defendant, DAVID SONEOULAY, knowing that he had been previously convicted of a crime punishable by imprisonment of a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, to wit: a 9mm Sig Sauer pistol, Model: P365.

Prior Convictions

| Date of Conviction | Offense | Court | Case No. |
|---|---|---|---|
| June 24, 2011 | Theft in the Second Degree | Alaska Superior Court, Third Judicial District | 3AN-11-03403CR |
| January 20, 2011 | Misconduct Involving Weapons in the Third Degree | Alaska Superior Court, Third Judicial District | 3AN-09-04085CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

CRIMINAL FORFEITURE ALLEGATION 1

The allegations contained in Count 1 of this Indictment is hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (2) and 28 U.S.C. § 2461(c).

Upon conviction for the offenses in violation of 21 U.S.C. § 841 set forth in Count 1 of this Indictment, the defendant DAVID SONEOULAY, shall forfeit to the United States any property constituting and derived from any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses, including but not limited to:

- $37,692.00 in U.S. currency seized on February 29, 2024.

If, as a result of any act or omission of defendants, the property described above, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of this court; has been substantially diminished in value; or has been commingled with

Page 3 of 5
Case 3:24-cr-00045-SLG-KFR   Document 2   Filed 04/17/24   Page 3 of 5

other property which cannot be divided without difficulty; it is the intent of the United States to seek forfeiture of other property of defendants pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c).

All pursuant to 21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

## CRIMINAL FORFEITURE ALLEGATION 2

The allegations contained in Counts 2 and 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1).

Upon conviction of the offenses in violation of 18 U.S.C. § 924(c)(1)(A)(i) and 18 U.S.C. §§ 922(g)(1) as set forth in Counts 2 and 3 of this Indictment, respectively, the defendant, DAVID SONEOULAY, shall forfeit to the United States any firearms and ammunition involved in knowing violation of the offense, including but not limited to:

1. A 9mm Sig Sauer Pistol, Model: P365, serial number 66B395433; and
2. Any and all associated magazines and ammunition; and
3. Any and all miscellaneous magazines, ammunition, firearms, firearms parts, and associated accessories seized on February 29, 2024.

If, as a result of any act or omission of defendants, the property described above, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of this court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United

States to seek forfeiture of other property of defendants pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c).

All pursuant to 21 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

<u>s/ Grand Jury Foreperson</u>
GRAND JURY FOREPERSON

<u>s/ Amy E. Miller</u>
AMY E. MILLER
Assistant U.S. Attorney
United States of America

<u>s/ S. Lane Tucker</u>
S. LANE TUCKER
United States Attorney

Date: <u>4/16/2024</u>